**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 4, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00640-CV

---

**SIDNEY  BLANKS, JR., Appellant**

**V.**

**URSULA  BLANKS, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-80950**

---

## MEMORANDUM  OPINION

This is an appeal from a judgment signed June 23, 2020. On April 6, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Hassan